Bruce Hudson
Plaintiff

vs

Defendants
City of Columbia Police Dept.
Cheif Police W.H.S. Holbrook
Officer Latisha S. Pitts
Investigator Lighthill
Investigator Frontner
Cheif of SLED: Mark Keel
Attorney Gen: Alan Wilson
A.P.S "D.S.S": Joan Meecham
Ombudsman office Amy Hornsby
L.L.R Investigator: Mark Sanders
LT. Govenor Dept. of Aging: Kevin Bryant
Head Public Defender Douglas Strickland
Public Defender Sarah Jarick
Head Solicitor April Sampson
Clerk of Court Jeanett Mc.bride

CASE NO:

Complaint for violation of Civil Rights, A.D.A and S.C Adult Protection Act

Jury Trial:
☒ Yes ☐ No

This complaint is filed by friends of the plaint, on behalf of the plaintiff, about issues that happend befor plaintiff was under arrest or a inmate in S.C.D.C

A preliminary injunction motion was filed requesting a court order criminal investigation into Alligation becaues 100s if not 1,000s of patients are a Risk

This case is deeply associated with case No. 3:18-CV-03188-TMC-TERR

Note: All Alligations are supported by evidence already presented in case No. 3:18-CV-03188-TMC-TERR

We have sued seperatelly becaues issues are diffrent but retated. Here is my complaint againts the Defendants listed.

Date 2-14-19
Page 2 of 10

The city of Columbia Police Dept. is being sued becaues multiable law infocement agents violated, S.C Adult Protection Act, Americans with disabilites Act, My 1st Amendment Right, 5th Amendment Right, 8th Amendment Right, and 14th Amendment Right all the above Acts or Rights was violalted with disabilite based discrimination, both named and unnamed/unknown officers violated my rights From Feb - June 2017, Some officers refused to investigate while others tryed to cover up feloney crimes done againts me a vulnerable Adult.

The Cheif of Police W.H. Skip Holbrook is being sued becaues he is over city of columbia police Dept and its officers, that failed to protect me, despite multiable 911 calls, multiable complaints, and physcal evidence of neglect and abuse, and failed to investigate or Document any of the abuse.

For almost 4 months the police Dept was aweare of caregivers neglect abuse and assult, yet failed to inforce laws of S.C. Adult protection Act and failed to protect the plaintiff there for allowing care givers to continue to abuse the plaintiff. worst

each time the plaintiff tryed to report abuse and police failed to Act accordance to the law the plaintiff suffered more extreme abuse. one time after calling 911 to report neglect the plaintiff was neglected, abuse, threaten and punished for about a month.

Worst after neglect, abuse and assulted Ended, plaintiff continued to seek justice with city of columbia police Dept. Evidence was forwarded including video footage of plaintiff being attacked while in bed, eyewitness statements, Text messages from Nurse Admitting abuse & Assult. and medical records showing neglect and assult yet nothing was done.

When S.C.D.C. started a investigation the city of columbia police Dept. made false Alligations in order to stop investigaters from Investigating into this matter, this was done to cover up the crimes.

Date 2-14-19.
Page 4 of 10

I have evidence the City of Columbia Police Dept. and its officers knew

1) My caregivers did commit crimes of neglect, abuse and assault against me a vulnerable human to inforce displinarary Actions witch violated my 8th and 14th Amendment Rights while also violating every section of 43-35-1 of S.C. Adult protection Act and Americans with Disabilites Act.

2) The Displinary Actions infoced by neglect, abuse and assult were done with disability based discrimination, becaues displinary Actions was used to correct both hereditary mental health issues and my recovery mental health issues that developed from being a victim of violent crimes and left me with P.T.S.D.! Such displinary Actions was inforce despite the fact that
1) Displinary Actions didnt correct issues
2) Displinary Actions made issues worst
3) I was unable to do what they wanted becaues of disabilites, no matter how excessive displinary saetions was. this violated Section 43-3510-(3) witch states that abuse is useing physcally intrusive procedures to controle

behavior for the puropose of punishments

3) The Type of displinary actions taken placed restrictions on my 1st Amendment Rights including freedom to associate becaues they refused to allow me visitors as a punishment and freedom of speech becaues they resticted/band the use of a phone as a punishment and freedom of press becaues they refused to allow me to send or get mail, watch TV or go on websites, media social Networks ect.

4) Displinary Actions placed restriction of my 5th Amendment right by violating due process

1) I was never charged with any wrong doing but was punished for months
2) I never got a court hearing or fair trail on what I was punished for
3) there was no grievance or appeal process I could use to correct or complain
4) No lawyer of judge involvement
5) All punishments was extreme and excessive lasting for months
6) punishments made me a prisoner and isolated me with

in the hospital, worst any protest agaiNts punishments was called a disturbance and was quickly put down with force! Neglect, Abuse, threats of intimidation and assult was all used with Isolation, Restrictions and confinement of my room.

NONE of this however could have been done with out law inforcements 1) refuseual to inforce S.C. Adult protection Act and 2) failer to protect a disable patient.

43-35-10-(8) states "abuse is failing to act or protect a vulnerable human from neglect, abuse or assult"

There for every officer should be charged with abuse on a disable vulnerable human that caused extreme mental and physcal injury on the plaintiff and violated many of his human and citizen Rights

Columbia Police Dept. officer Latisha S. Pitts is being sued becaues on June 11 2017 she responded to a 911 call of disturbance and found a vulnerable bedridden human on the Floor Bleeding, Bruised, crying, IVs snatched out of his arm as her body CAM should have recorded. I the vulnerable Adult reported neglect abuse and assult but was ignored.

1) she refused to protect me or place me in protective custody as I requested, she refused to investigate any alligations made by me and instead side with the abusers, Refused me the right to file a complaint or police report

2) she failed to take pictures or report incident to SLED as Section 43-35-30 "Photographing of visuable tramuma" orders her to do

3) she made attempts to cover up crimes by instead chargeing a bedridden vulnerable human with assult, Note this trumped up charge coos thrown out of court by a judge.

Ive requested internal affairs

of Columbia police Dept and the inspector general to investigate her misconduct. Worst of all she left me there were abuse and assult could continue.

Note: Many 911 calls was dune and multable law Inforcers failed to protect me, many I never got there names.

Investigator Light Hill, was contacted by Columbia police service for S.C.D.C Investigating there own officers misconduct.

Mr. Lighthill gave false info to the investigating officer, that made them stop investigations. This was dune to cover up crimes. I have evidence that he lied and got the investigation stoped. For this reasons hes being sued.

Investigator Fortner: was contacted by multable eye witnesses that mailed medical records, video footage, and other evidence but he refused to press charging stating its to late.

Date 3-14-19
Pag 9 of 10

The Attorney General "Alan Wilson"
Chelf of SLED "Mark Keel" ombudsman
office Director "Amy Hornsby" LLR "Mark Sanders"
LT. Govenor office of Aging "Kevin Bryant"
D.S.S Director Adult Protective Services:
Joan Meacham
  all 6 are being sued and there offices
becaues they are listed as investigative
entites in S.C. Adult Protection Act
43-35-10 (5) and all failed to inforce
Laws, investigate Alligation / complaint and
refused to protect a vulnerable human
43-35-5 lists All duties and procedures
43-35-40 lists powers of each entite

  I have evidence each org.
was told of the neglect, abuse
and assult but failed to
investigate.
  Also The clerk of court: Jeanett Mcbride
the Head solicitor: April Sampson
the Head Public Defender: Douglas Strickland
and Public Defender Sarah Jariek
  All 4 of Richland General sessions
court is being sued for failing
to Report crimes of abuse on
a vulnerable Adult and failing
to investigate the matter, they
failed in there duty to protect the people

This complaint was file by friends of the plaintiff and mailed off by hospice inmates that have worked with plaintiff family / friends

Because of plaintiff disabilites hes unable to do his own legal work as exhibits will prove

Again this case is associated to 3:18 CV 03188 TMC JEB

I hereby sign swearing under penalty of prejury the above complaint is true

X O_____  2-14-2019
Bruce Hudson

X_____  2-1-19
Ryan Hill

X_____  2-1-19
Lisa Neer

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ADA, 1st Amendment, 5th Amendment, 8th Amendment, 14th Amendment, Disability based discrimination, S.C. Adult Protection Act

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

~~_____~~

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant is apart of a investigative or inforcement Entitey, I contacted and reported to each defendant in there official capacity See Attached complaint

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☑ Other *(explain)* At time of offense I was a free citizen

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Attached complaint at the hospital

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attched complaint

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Attached complaint

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached complaint

5

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

see Attached complaint

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Im requesting $100,000 per each Defendant plus a Extra $1 million per each Government org. both actual and punitive damages Total: 15 Defendants = 1.5 million and total of 10 investigative Entities = 10 million Dollars grand total of $11,500,000

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A     I was not a Inmate at the time

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☐ Do not know

N/A

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

N/A     I was not a Inmate at the time

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

No need I was not a Inmate

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No

~~N/A~~

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:



2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
 No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes
☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Bruce Hudson
   Defendant(s) Palmetco Richlun Hospital

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Federal court / United States District of S.C. Richund

3. Docket or index number

   3:18-CV-03188 TMC-TERR

4. Name of Judge assigned to your case

   unknown

5. Approximate date of filing lawsuit

   unknown

6. Is the case still pending?

   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition. N-A

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

   3. Docket or index number

   4. Name of Judge assigned to your case

   5. Approximate date of filing lawsuit

   6. Is the case still pending?

      ☐ Yes
      ☐ No

11

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **2-14**, 20**19**

Signature of Plaintiff

Printed Name of Plaintiff  Bruce Hudson

Prison Identification #  299312

Prison Address  990 Wisacky Hwy
Bishopville    SC    29010
City           State  Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  N/A
Printed Name of Attorney  N/A
Bar Number  N/A
Name of Law Firm  N/A

12