IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

_See Attach complaint_

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_See Attached Complaint_

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Amended Complaint for a Civil Case

Case No. 4:19-cv-60992-TMC-TER
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

RECEIVED
USDC CLERK, FLORENCE, SC
2019 APR -3 AM 10: 23

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Street Address
City and County
State and Zip Code
Telephone Number

*See Attachments*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number

*See Attachments*

Defendant No. 2

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number

Defendant No. 3

Name

|  |  |
|---|---|
| Job or Title (if known) |  |
| Street Address | *See* |
| City and County |  |
| State and Zip Code | *Attachement* |
| Telephone Number |  |

Defendant No. 4

|  |  |
|---|---|
| Name |  |
| Job or Title (if known) |  |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1 4 5 8 and 14 Amendment violations
S.C. Adult Protection Act violations
Neglect and abuse

3

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

            The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.    If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.    If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

~~_____~~
~~_____~~
~~_____~~

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attach Papers

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To be chosen by Judge whatever punitive money damages or actual damages the Judge thinks Im intitled to. Im unsure Im not a lawyer. Court order investigation and Preliminary Injunction

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-1, 2019

Signature of Plaintiff
Printed Name of Plaintiff    Bruce Hudson

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney  _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
E-mail Address           _____

6

Bruce Hudson, Plaintiff

vs.

City of Columbia P.D
Cheif W.H.S Holbrook
Officer Latisha Pitts
Investigator lighthill
Investigator Frontner
Cheif Sled Mark keel
Attorney Gen. Alan Wilson
A.P.S Joan meacham
Ombudsman Amy Hornsby
L.L.R Mark Sanders
LT. Gov. Kevin Bryant
Public Defender Douglas Strickland
Public Defender Sarah Jarick
Head Solicitor April Sampson
Clerk of court Janette Mcbride.
Defendants

CASE NO. 4:19-cv-00492-TMC-TER

Amended Complaint
Statement of Claim

Jury Trial
☒ yes ☐ NO

2019 APR -3 AM 10: 23
RECEIVED
USDC CLERK, FLORENCE, SC

This complaint is againts the listed defendants for, 4 months of neglect and abuse, the abuse reached the level of 1, 4, 5, 8 and 14 Amendment violations

The physcal Abuse was done when defendants violated S.C Adult Protection Act

Plaintiff is a disable vulnerable human / Protected class citizen due extra protection under the law, such extra protection is listed in S.C. Adult Protection Act

The Act gives a vulnerable citizen judicial cognizable intrest in Prosecuting abusers and as a protected class citizen

gives them the right to criminal investigation by law inforcement

futhermore when defendants failed to inforce S.C Adult protection Act it made them guilty per the law of physcal abuse them selfs and guilty of neglect of a vulnerable human.

43-35-10 (8) lists physcal abuse as allowing a vulnerable citizen to be inflicted by abuse or failer to Act to protect such protected class citizen.

43-35-30 list reaufrements for law inforcement to take pictures "Photographing of abuse"

43-35 also lists Each org "Defendants" that must investigate abuse claims, also lists people that are required to Report abuse "Defendants"

This Law makes a 3rd partys failer to report, investigate or Act to protect a vulnerable citizen as guilty as the actual person doing the abuse.

Everything my origional abuser is guilty of, so to is the defendants in this case for not stopping such abuse! this includes 1458 and 14 Amendment violations

Defendants in this case per law had a legal obligation to protect the plaintiff and should have investigated and proscuted abusers that were Employee by palmetoo Richland hospital

By failing to do so per law they became the abusers them self

For this reason a 1983 civil suits been filed for negleet, abuse and 1, 4, 5, 8 and 14 Amendment violation.

It was crule, & unusual punishment when law inforcement allowed a vulnerable human to be neglected abused and assulted for 4 months Despite multiuble 911 calls and pleas for help, It also violated excessive force.

case 3:18-CV-G3188 -TMC-TER and case 3:19-CV-00491-TMC-TER both cases are Deeply associated with this case

we have sued seperatelly becaues issues are diffrent

with this being said below is detail facts of this case.

CASE NO: 4:19-cv-00492-TMC-TER

Date 4-1-19
Page 4 of 12

The city of columbia police Dept. is being sued becaues multiable law infocement agents violated, S.C Adult Protection Act, Americans with disabilites Act, My 1st Amendment Right, 5th Amendment Right, 8th Amendment Right, and 14th Amendment Right all the above Acts or Rights was violalted with disabilite based discrimination, both named and unnamed/unknown officers violates my rights From Feb-June 2017. Some officers refused to investigate while others tryed to cover up feloney crimes dune againts me a vulnerable Adult.

The Cheif of Police W.H. Skip Holbrook is being sued becaues he is over city of columbia police Dept and its officers, that failed to protect me, despite multiable 911 calls, multiable complaints, and physcal evidence of neglect and abuse, and failed to investigate or Document any of the abuse.

For almost 4 months the police Dept was aweare of caregivers neglect abuse and assult, yet failed to inforce laws of S.C. Adult protection Act and failed to protect the plantiff there for allowing care givers to continue to abuse the plantiff. worst

CASE NO. 4:19-cv-00492-TMC-TER

Date 4-1-19
page 5 of 12

each time the plaintiff tryed to report abuse and police failed to Act accordance to the law the plaintiff suffered more extreme abuse. one time after calling 911 to report neglect the plaintiff was neglected, abuse, threaten and punished for about a month.

Worst after neglect, abuse and assulted ended, plaintiff continued to seek justice with city of columbia police dept. Evidence was forwarded including video footage of plaintiff being attacked while in bed, eyewitness statements, text messages from Nurse admitting abuse & Assult. and medical records showing neglect and assult yet nothing was done.

When S.C.D.C. started a investigation the city of columbia police dept. made false Alligations in order to stop investigaters from investigating into this matter. this was done to cover up the crimes.

CASE NO: 4:19-cv-00492-TMC-TER



Date 4-7-19
Page 6 of 12

I have evidence the city of columbia police dept. and its officers knew

1) My caregivers did commit crimes of neglect, abuse and assult againts me a vulnerable human to inforce displinarary Actions witch violated my 8th and 14th Amendment Rights while also violating every section of 43-35-1 of S.C. Adult protection Act and Americans with Disabilites Act.

2) The Displinary Actions infoced by neglect, abuse and assult were done with disability based discrimination, becaues displinary Actions was used to correct both hereditary mental health issues and my recovery mental health issues that developed from being a victim of violent crimes and left me with P.T.S.D.! Such displinary Actions was inforce despite the fact that
1) Displinary Actions didnt correct issues
2) Displinary Actions made issues worst
3) I was unable to do what they wanted becaues of disabilites, no matter how excessive displinary saetions was. this violated Section 43-3510-(8) witch states that abuse is useing physcally intrusive procedures to controle

CASE NO. 4:19-CV-00492-TMC-JER

Date 4-1-19
Page 7 of 12

behavior for the purpose of punishments

3) The Type of diciplinary actions taken placed restrictions on my 1st Amendment Rights including freedom to associate becaues they refused to allow me visitors as a punishment and freedom of speech becaues they restricted/band the use of a phone as a punishment and freedom of press becaues they refused to allow me to send or get mail, watch TV or go on websites, media social Networks ect.

4) Diciplinary Actions placed restriction of my 5th Amendment right by violating due process

1) I was never charged with any wrong doing but was punished for months
2) I never got a court hearing or fair trail on what I was punished for
3) there was no grievance or appeal process I could use to correct or complain
4) No lawyer of judge invovlement
5) All punishments was extreme and excessive lasting for months
6) punishments made me a prisoner and isolated me with

CASE NO. 4:19-cv-00492-TMC-TER

Date 4-1-19
Page 8-of 12

in the hospital, worst any protest against punishments was called a disturbance and was quickly put down with force! Neglect, Abuse, threats of intimidation and assault was all used with Isolation, Restrictions and confinement of my room.

NONE of this however could have been done with out law Inforcements 1) refuseval to inforce S.C. Adult protection Act and 2) failier to protect a disable patient.

43-35-10-(8) states "abuse is failing to act or protect a vulnerable human from neglect, abuse, or assult"

There for every officer should be charged with abuse on a disable vulnerable human that caused extreme mental and physical injury on the plaintiff and violuted many of his human and citizen Rights

CASE NO: 4:19-CV-00492-TMC-TER


Date 4-1-19
Page 9 of 12

Columbia Police Dept officer Latisha S. Pitts is being sued because on June 14 2017 she responded to a 911 call of disturbance and found a vulnerable bedridden human on the Floor Bleeding, Bruised, crying, ~~Ivs snatched out of his arm as her~~ body CAM should have recorded. I the vulnerable Adult reported neglect abuse and assult but was ignored.

1) She refused to protect me or place me in protective custody as I requested, she refused to investigate any alligations made by me and instead Side with the abusers, Refused me the right to file a complaint or police report

2) She failed to take pictures or report incident to SLED as Section 43-35-30 "photographing of visuable tramuma" orders her to do

3) She made attempts to cover up crimes by instead charging a bedridden vulnerable human with assult, Note this trumped up charge was thrown out of court by a judge.

I've requested internal affairs

of columbia police dept and the inspector general to investigate her misconduct. Coorst of all she left me there were abuse and assult could continue.

~~Note: Many 911 calls was done~~ and multable law inforcers failed to protect me, many I never got there names.

Investigator light Hill, was contacted by columbia police service for S.C.D.C investigating there own officers misconduct.

Mr. lighthill gave false info to the investigating officer, that made them stop investigations. This was done to cover up crimes. I have evidence that he lied and got the investigation stoped. For this reasons hes being sued.

Investigater Frontner: was contacted by multable eye cortnesses that mailed medical records, video footage, and other evidence but he refused to press charges stating its to late.

CASE NO 4:19-CV-00492 TMC TER 

Date 4-1-19
Page 11 of 12

The Attorney General "Alan Wilson"
Cheif of SLED "Mark Keel" ombudsman
office Director "Amy Hornsby" LLR "Mark Sanders"
LT. Govenor office of Aging "Kevin Bryant"
D.S.S Director Adult Protective Services:
Josh Meecham
all 6 are being sued and there offices
becaues they are listed as investigative
Entites in S.C. Adult Protection Act
43-35-10 (5) and all failed to inforce
Laws, Investigate Alligation/complaint and
refused to protect a vulnerable human
43-35-5 lists All duties and procedures
43-35-40 lists powers of each Entite

I have evidence each org.
was told of the neglect, abuse
and assult but failed to
investigate.

Also The clerk of court: Jeanett Mcbride
the Head Solicitor: April Sampson
the Head Public Defender: Douglas Strickland
and Public Defender Sarah Jarrett

All 4 of Richland General sessions
court is being sued for failing
to Report crimes of abuse on
a vulnerable Adult and failing
to investigate the matter, they
failed in there duty to protect the people

CASE NO. 4:19-CV-00492-TMC-TER

Date 4-1-19
Page 12 of 12

This complaint was file by friends of the plaintiff and mailed off by hospice inmates that have worked with plaintiff family / friends

~~Becuases of plaintiff~~ disabilites hes unable to do his own legal work as exhibits will prove

Against his cases associated to 3:18 CV 03188 TMC JEB

I hereby sign sweerhy under penalty of prejury the above complaint is true

X_____  3-14-2019
Bruce Hudson

X_____  3-1-19
Ryan Hill

X_____  3-1-19
Lisa Ne__

Re signed on below

_____  4-1-19
Bruce Hudson