# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Bruce Lee Hudson, aka Bruce Lee Hudson #101021, aka Bruce L. Hudson<br>*Plaintiff*<br>v.<br>City of Columbia Police Dept., Chief of Police W.H.S. Holbrook, Latisha S. Pitts, Investigator Lighthill, Investigator Frontner, Chief of S.L.E.D. Mark Keel, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   4:19-cv-492-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge.

Date:   June 10, 2019                                                                  *CLERK OF COURT*


                                                                                       s/Debbie Stokes
                                                                              *Signature of Clerk or Deputy Clerk*